IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

KENNETH RAY JONES           PLAINTIFF

v.           Civil No. 4:21-cv-04091

JASON KELLY, Health Service Administrator,
Southwest Arkansas Community Correction Center           DEFENDANT

## ORDER

**To:** Tina Maxwell, Center Supervisor, Southwest Arkansas Community Correction Center, 506 Walnut Street, Texarkana, Arkansas 71854

    Kenneth Ray Jones has filed an action in this Court and has filed an application to proceed *in forma pauperis* (IFP). The certificate of account is a necessary part of an application to proceed IFP. The certificate **must** be completed by an appropriate official at the detention center. Your assistance is requested in ensuring that a certificate of account is completed for Kenneth Ray Jones and that it is returned to the Court for filing **by no later than January 20, 2022.**

    The **Clerk** is directed to mail Tina Maxwell a blank IFP application. This Order should be mailed by certified mail return receipt requested.

    IT IS SO ORDERED this 6th day of January 2022.

                                                                          /s/ *Barry A. Bryant*
                                                                          HON. BARRY A. BRYANT
                                                                          UNITED STATES MAGISTRATE JUDGE